BLAW COLLAPSIBLE STEEL CENTERING COMPANY, Respondent, v. JOSEPH T. RICE et al., Copartners under the Firm Name of KING, RICE & GANEY, Appellants.

*Blaw Collapsible Steel C. Co.* v. *Rice,* 151 App. Div. 941, affirmed.
(Argued April 27, 1914; decided May 12, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*Claude V. Pallister* and *Frank R. Greene* for appellants.

*Joseph M. Proskauer* and *Abram I. Elkus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, CUDDEBACK and CARDOZO, JJ. Not sitting: MILLER, J.